# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL CASUALTY & SURETY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-2509 |
| | § | |
| GEORGE ZOUVELOS and ANATASIA MANCINI, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff Financial Casualty & Surety, Inc.'s verified motion to continue the preliminary injunction hearing is granted. The hearing on the motion for temporary restraining order is reset to **August 5, 2011, at 9:00 a.m.** Counsel for the plaintiff must provide notice to the defendant.

SIGNED on July 26, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge