**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FINANCIAL CASUALTY & SURETY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-2509 |
| | § | |
| GEORGE ZOUVELOS and ANATASIA MANCINI, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

A show-cause hearing was held on January 17, 2012 on Plaintiff Financial Casualty & Surety, Inc. ("FCS")'s First Amended Motion for Contempt. (Docket Entry No. 36). The court also considered the plaintiff's Motion for Default Judgment. (Docket Entry No. 38). The court heard arguments and received evidence on the Motion for Contempt.

After concluding the presentations, the court (1) granted in part the motion for contempt, (2) ordered additional production by February 29, 2012 as stated on the record, and (3) denied the motion for default.

The following order is entered:

1. Defendants George Zouvelos and Anastasia Mancini must file Answers on or before January 31, 2012;

2. Defendants George Zouvelos and Anastasia Mancini must produce the following documents to FCS on or before February 29, 2012:

    a. Defendants' bank account statements from August 2008 through September 2010 for Chase Bank Accounts ending in 0553, 3583, 0512, 5844, 0561, and 0322, including copies of cancelled checks and deposit advice;

b. All notes, spreadsheets, and other documents that Zouvelos consulted, relied on, reviewed, or considered in creating the spreadsheet produced to FCS, as attached as Exhibit A to FCS's Second Supplement to its First Amended Motion for Civil Contempt;

c. All documents relating to or concerning Zouvelos's administration of FCS bonds, including but not limited to:

   i. invoices from NY Cut Slips pertaining to FCS bonds;

   ii. correspondence and other documents sent to or received from indemnitors on FCS bonds; and

   iii. correspondence to or from a third-party vendor or other documents evidencing payments to a third-party vendor.

With respect to items requested in paragraph 2, the Defendants are to produce those items that are in their care, custody, or control, including items that the Defendants have the right to obtain from third parties without unreasonable burden or expense.

SIGNED on January 23, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge