UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FINANCIAL CASUALTY & SURETY, INC., :
:
              Plaintiff, : **ORDER**
  -against- :
: 12-CV-3476 (WFK) (MDG)
GEORGE ZOUVELOS and :
ANASTASIA MANCINI, :
:
             Defendants. :
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II United States District Judge**

On March 19, 2014, Plaintiff filed a motion to re-transfer this case back to the United States District Court for the Southern District of Texas, Houston Division. Dkt. 157; *see* Dkt. 161. On April 1, 2014, Defendants George Zouvelos and Anastasia Mancini filed a cross-motion requesting that the court: (1) deny the Plaintiff's motion to re-transfer; (2) grant a cross-motion for release of collateral; (3) dismiss the Complaint; (4) impose sanctions; (5) strike scandalous matters; and (6) impose "such other and further relief" deemed just and proper. Dkt. 159.

Plaintiff's motion to re-transfer is hereby DENIED. Defendants' cross-motion is GRANTED as to (1), the request for denial of the motion to re-transfer, but DENIED as to all other requests. The parties are to proceed with discovery in accordance with the instructions and orders of United States Magistrate Judge Marilyn Go.

**SO ORDERED**

Dated:     May 28, 2014
             Brooklyn, New York

                                                    s/William F. Kuntz, II
                                        HON. WILLIAM F. KUNTZ, II
                                        United States District Judge