**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
**FINANCIAL CASUALTY & SURETY, INC.**

                                **Plaintiff,**

                                **MEMORANDUM**
                                **AND ORDER**

    -against-

                                **12-CV-3476 (AMD)**

**GEORGE ZOUVELOS, et al.,**

                                **Defendants.**
-------------------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

       Plaintiff Financial Casualty & Surety, Inc. ("plaintiff") has moved for an order holding non-party witness Paul Koufos ("Mr. Koufos") in contempt for failing to produce documents in response to a post-judgment subpoena sent to him via certified mail. See Motion for Contempt (May 22, 2018), Electronic Case Filing Docket Entry ("DE") #305. Mr. Koufos has filed a letter opposing the motion, in which he argues that service by certified mail was ineffective; he further represents that he notified plaintiff's counsel that he would acknowledge service of the subpoena if plaintiff agreed to withdraw his contempt motion without prejudice and afford Mr. Koufos thirty days to produce the subpoenaed records. See Letter dated 5/24/18 from Paul Koufos (May 24, 2018), DE #307. Plaintiff now responds that it agrees to extend the deadline for Mr. Koufos to comply with the subpoena to June 25, 2018. See Reply in Support (May 30, 2018) at 2, DE #309.

       Plaintiff's motion is deemed withdrawn. Mr. Koufos, who is deemed to have accepted service, is directed to produce the subpoenaed records to plaintiff's counsel by June 25, 2018.

       The Clerk is directed to docket this Order into the ECF court file and to send a copy to Mr. Koufos, via Federal Express, at the following address:

Paul Koufos
ADK Consulting, Inc.
43-04 30th Avenue
Astoria, NY 11103

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**May 30, 2018**

/s/ *Roanne L. Mann*

**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**